# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 19, 2013

Lyle W. Cayce
Clerk

No. 12-40206
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAMIRO MORIN-DAVILA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:08-CR-144-1

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Ramiro Morin-Davila
has moved for leave to withdraw and has filed a brief in accordance with *Anders
v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011).  Morin-Davila has not filed a response.  We have reviewed counsel's
brief and the relevant portions of the record reflected therein.  We concur with
counsel's assessment that the appeal presents no nonfrivolous issue for appellate
review.  Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-40206

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.